No. 596. FELDSTEIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE HARLAN are of the opinion that certiorari should be granted.

No. 5633. DARGAN v. NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.

No. 5663. NAZARIO v. NEW YORK. App. Term, Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.

No. 5671. CANTRELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

*Rehearing Denied*

No. 319. MOGULNICKI v. CONNECTICUT, *ante*, p. 826;

No. 477. RKO GENERAL, INC. v. NEWMARK, *ante*, p. 854;

No. 5148. BRASWELL v. FLORIDA, *ante*, p. 873;

No. 5213. LAMBRIGHT v. CRAVEN, WARDEN, *ante*, p. 837;

No. 5244. ALERS v. MUNICIPALITY OF SAN JUAN ET AL., *ante*, p. 839;

No. 5282. DVORSKY v. UNITED STATES, *ante*, p. 840;

No. 5322. GILL v. UNITED STATES, *ante*, p. 851; and

No. 5494. KAMSLER v. HOFFMAN, U. S. DISTRICT JUDGE, *ante*, p. 817. Petitions for rehearing denied.

No. 5354. RUDERER v. JOHNSON ET AL., *ante*, p. 860. Petition for rehearing denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.